

**SENTARA**

SENTARA FAMILY MEDICINE PHYSICIANS
5320 Providence Rd
Ste 301
Virginia Beach VA 23464-4122
Dept: 757-413-7600
Dept Fax: 757-507-9051

7/8/2019

This is to confirm that Leon S McLendon was seen in our office on 6/25/2019. Please allow him to have bathroom breaks every 2 hours during the day due to medical condition. Please don't hesitate to contact me if you have any questions.

Sincerely,

Aimee M Bundick Morgan, PA
SENTARA FAMILY MEDICINE PHYSICIANS

EXHIBIT B